UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 24-5067 FMO (JPRx)** | Date | **June 27, 2024** |
|---|---|---|---|
| Title | **WOW Media Inc. v. Does 1 through 10** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction

On June 14, 2024, WOW Media Inc. ("plaintiff") filed a Complaint in this court against Does 1 through 10. (See Dkt. 1). Plaintiff alleges that the Doe defendants "purposefully interfered with the relationship [between plaintiff and two investors] by knowingly publishing false information to the investors regarding [plaintiff]'s assets, causing the investors to withdraw from [a] transaction" with plaintiff.[1] (See id. at ¶ 1). Subject matter jurisdiction is based on diversity jurisdiction. (See id. at ¶ 5). Plaintiff is a California citizen. (See id. at ¶ 2). However, plaintiff does not know the identities of the defendants, and thus does not know their citizenship.

When federal subject matter jurisdiction is predicated on diversity of citizenship, see 28 U.S.C. § 1332(a),[2] complete diversity must exist between the opposing parties, see Caterpillar Inc. v. Lewis, 519 U.S. 61, 68, 117 S.Ct. 467, 472 (1996) (stating that the diversity jurisdiction statute "applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of each defendant"), and the amount in controversy must exceed $75,000. See 28 U.S.C. § 1332(a). Because plaintiff does not know the citizenship of any defendant, it has not shown that this court has diversity jurisdiction.

Based on the foregoing, IT IS ORDERED that no later than **July 3, 2024**, plaintiff shall show cause in writing why its claims should not be dismissed without prejudice for lack of subject matter jurisdiction. **Failure to submit a response by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice**.

---

[1] Capitalization, quotation and alteration marks, and emphasis in record citations may be altered without notation.

[2] In relevant part, 28 U.S.C. § 1332(a) provides that "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 24-5067 FMO (JPRx)** | Date | **June 27, 2024** |
|---|---|---|---|
| Title | **WOW Media Inc. v. Does 1 through 10** | | |

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |